B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Prototech Engineering, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> **36-3392660** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **411 Rockwell Court** <br> **Burr Ridge, IL** <br> ZIP Code **60527** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Prototech Engineering, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Prototech Engineering, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ John J Lynch**
Signature of Attorney for Debtor(s)

**John J Lynch 6270193**
Printed Name of Attorney for Debtor(s)

**Law Offices of John J Lynch, P.C.**
Firm Name

**801 Warrenville Road, Ste. 560**
**Lisle, IL 60532**

Address

**Email: JJLynch@JJLynchLaw.Com**
**630-960-4700  Fax: 630-960-4755**
Telephone Number

**April 18, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Kevin Kennedy**
Signature of Authorized Individual

**Kevin Kennedy**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 18, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Prototech Engineering, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accelerated Technologies (ATI)**<br>**1611 Headway Circle**<br>**Austin, TX 78754** | **Accelerated Technologies (ATI)**<br>**1611 Headway Circle**<br>**Austin, TX 78754** | **Business Debt** | **Disputed** | **13,469.00** |
| **Aetna Insurance**<br>**97400 Eagle Way**<br>**Chicago, IL 60678** | **Aetna Insurance**<br>**97400 Eagle Way**<br>**Chicago, IL 60678** | **Business Insurance** | | **12,368.00** |
| **Bodine Environmental**<br>**605 Fulton Avenue**<br>**Rockford, IL 61103** | **Bodine Environmental**<br>**605 Fulton Avenue**<br>**Rockford, IL 61103** | **Business Debt** | | **4,872.11** |
| **Curbell Plastics, Inc.**<br>**14746 Collections Center Drive**<br>**Chicago, IL 60693-4746** | **Curbell Plastics, Inc.**<br>**14746 Collections Center Drive**<br>**Chicago, IL 60693-4746** | **Business Debt** | | **5,097.14** |
| **DPSS Lasers**<br>**2525 Walsh Avenue**<br>**Santa Clara, CA 95051** | **DPSS Lasers**<br>**2525 Walsh Avenue**<br>**Santa Clara, CA 95051** | **Business Debt** | | **5,000.00** |
| **Eager Plastics, Inc.**<br>**3350 West 48th Place**<br>**Chicago, IL 60632** | **Eager Plastics, Inc.**<br>**3350 West 48th Place**<br>**Chicago, IL 60632** | **Business Debt** | | **3,689.50** |
| **Eagle Design**<br>**55 East Roosevelt**<br>**Zeeland, MI 49464** | **Eagle Design**<br>**55 East Roosevelt**<br>**Zeeland, MI 49464** | **Business Debt** | | **6,760.00** |
| **Fine Line Prototypes, Inc**<br>**9310-100 Focal Point**<br>**Raleigh, NC 27617** | **Fine Line Prototypes, Inc**<br>**9310-100 Focal Point**<br>**Raleigh, NC 27617** | **Business Debt** | | **7,691.00** |
| **Heartland Business**<br>**390 Union Boulevard**<br>**Suite 600**<br>**Lakewood, CO 80228** | **Heartland Business**<br>**390 Union Boulevard**<br>**Suite 600**<br>**Lakewood, CO 80228** | **Business Debt** | | **6,000.00** |
| **HPL Stampings, Inc.**<br>**c/o David E Zajicek/ Hinshaw & Cul**<br>**4343 Commerce Court, Ste. 415**<br>**Lisle, IL 60532** | **HPL Stampings, Inc.**<br>**c/o David E Zajicek/ Hinshaw & Cul**<br>**4343 Commerce Court, Ste. 415**<br>**Lisle, IL 60532** | **Business Debt** | | **170,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Prototech Engineering, Inc.**  
                                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Incodema Sales<br>407 Cliff Street<br>Ithaca, NY 14850 | Incodema Sales<br>407 Cliff Street<br>Ithaca, NY 14850 | Business Debt | | 10,868.60 |
| Layko Properties<br>100 Shore Drive<br>Suite H2<br>Willowbrook, IL 60527 | Layko Properties<br>100 Shore Drive<br>Suite H2<br>Willowbrook, IL 60527 | Business Debt | | 129,435.00 |
| Marian Chicago<br>396 Wegner Drive<br>West Chicago, IL 60185 | Marian Chicago<br>396 Wegner Drive<br>West Chicago, IL 60185 | Business Debt | | 6,000.88 |
| NeoMek Engineering<br>411 Rockwell Court<br>Burr Ridge, IL 60527 | NeoMek Engineering<br>411 Rockwell Court<br>Burr Ridge, IL 60527 | Business Debt | | 15,865.00 |
| PTE Distribution<br>411 Rockwell Court<br>Burr Ridge, IL 60527 | PTE Distribution<br>411 Rockwell Court<br>Burr Ridge, IL 60527 | Business Debt | | 33,811.75 |
| Rockford Area Ventures<br>605 Fulton Avenue<br>Rockford, IL 61103 | Rockford Area Ventures<br>605 Fulton Avenue<br>Rockford, IL 61103 | Business Debt | | 3,244.41 |
| Scicon Technologies<br>27525 Newhall Ranch Road<br>Valencia, CA 91355 | Scicon Technologies<br>27525 Newhall Ranch Road<br>Valencia, CA 91355 | Business Debt | | 3,240.00 |
| Sentry Insurance<br>1800 North Point Drive<br>Stevens Point, WI 54481 | Sentry Insurance<br>1800 North Point Drive<br>Stevens Point, WI 54481 | Business Debt | | 3,965.36 |
| Staffing Now, Inc.<br>200 West Adams Street<br>Chicago, IL 60606 | Staffing Now, Inc.<br>200 West Adams Street<br>Chicago, IL 60606 | Business Debt | | 4,898.56 |
| Trace Laboratories<br>1150 West Euclid Avenue<br>Palatine, IL 60067 | Trace Laboratories<br>1150 West Euclid Avenue<br>Palatine, IL 60067 | Business Debt | | 3,042.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 18, 2009**         Signature  **/s/ Kevin Kennedy**  
                                                         **Kevin Kennedy**  
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AAA Day & Night Express
P.O Box 250
Hinsdale, IL 60522

Accelerated Technologies (ATI)
1611 Headway Circle
Austin, TX 78754

Aetna Insurance
97400 Eagle Way
Chicago, IL 60678

American Health & Safety

American Precision Proto
19503 East 6th Avenue
Tulsa, OK 74108

ARC Disposal Company
P.O. Box 9001822
Louisville, KY 40290-1822

Artcraft Plating & Finishing
76 East Santa Anita Avenue
Burbank, CA 91502

AT&T
P.O. Box 8100
Aurora, IL 60507

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

Axson

B&B Wholesale Distribution
5138 West 16th Street
Cicero, IL 60804

Bermag Corporation, Inc.
2251 State Route 125
Hickman, KY 42050


Bodine Environmental
605 Fulton Avenue
Rockford, IL 61103


Canon U.S.A., Inc.
3300 North 1st Avenue
San Jose, CA 95134


Capital One, F.S.B.


Cattaneo Electric Co.
8171 South Lemont Road
Darien, IL 60561


Chase Auto Finance



Cochrane Compressor
4533 West North Avenue
Melrose Park, IL 60160


ComEd



Conveniently Packaged AD Hesives
21 Starline Way
Cranston, RI 02921


Curbell Plastics, Inc.
14746 Collections Center Drive
Chicago, IL 60693-4746


Diversified Financial Group
11661 Roberts Road
Suite 104
Palos Hills, IL 60465

DPSS Lasers
2525 Walsh Avenue
Santa Clara, CA 95051


DuPage County
P.O. Box 4751
Carol Stream, IL 60197-4751


Dynamex, Inc.
5429 LBJ Freeway
Suite 1000
Dallas, TX 75240


Eager Plastics, Inc.
3350 West 48th Place
Chicago, IL 60632


Eagle Design
55 East Roosevelt
Zeeland, MI 49464


Epcor Industrial
1325 Louis Avenue
Elk Grove Village, IL 60007


Federal Express


Fine Line Prototypes, Inc
9310-100 Focal Point
Raleigh, NC 27617


G & W Packaging Product
4611 West 136th Street
Crestwood, IL 60445


Grainger
7591 Brush Hill Road
Burr Ridge, IL 60527


Great American Leasing Co.
8742 Innovation Way
Chicago, IL 60682

```
Heartland Business
390 Union Boulevard
Suite 600
Lakewood, CO 80228


HPL Stampings, Inc.
c/o David E Zajicek/ Hinshaw & Cul
4343 Commerce Court, Ste. 415
Lisle, IL 60532


Huntsman Advanced
P.O. Box 13295
Newark, NJ 07101


Illinl Coolant Management
8011 North Parkside
Morton Grove, IL 60053


Imagetec, L.P.
8742 Innovation Way
Chicago, IL 60682-0087


Incodema Sales
407 Cliff Street
Ithaca, NY 14850


Innovative Polymers
208 Kuntz Road
Saint Johns, MI 48879


Integra machine Tool
2620 South 162nd Street
New Berlin, WI 53151


J & L Industrial Supply
1028 Solution Center
Chicago, IL 60677


Joseph Siepka, Accountant
16521 South 106th Court
Orland Park, IL 60467-4531


Kevron Printing & Mailing
```

Lab Source, Inc.
97400 Eagle Way
Chicago, IL 60678-9740


Layko Properties
100 Shore Drive
Suite H2
Willowbrook, IL 60527


Marian Chicago
396 Wegner Drive
West Chicago, IL 60185


McLeod USA
P.O. Box 3177
Cedar Rapids, IA 52406


MSC Industrial Supply


National RP Support
213 SE 16th Street
Pella, IA 50219


NeoMek Engineering
411 Rockwell Court
Burr Ridge, IL 60527


Newark
P.O. Box 94151
Palatine, IL 60094


Nicor Gas


On-Hand Adhesives, Inc.


Palmer Packaging, Inc.
P.O. Box 335
Addison, IL 60101

```
Par3 Technology, Inc.
1 Jefferson Avenue
Suite 205
Cookeville, TN 38501


Pioneer Technologies
134 South Lorraina Road
Wheaton, IL 60187


Plastruct
1020 South Wallace Place
City of Industry, CA 91448


PTE Distribution
411 Rockwell Court
Burr Ridge, IL 60527


Quantum Machine Tool
1204 Sullivan Road
Woodstock, IL 60098


Quick Delivery
623 Prats Avenue
Schaumburg, IL 60193


R.S. Hughes Compnay
869-B South Rohlwing Road
Addison, IL 60101


Rapid Prototype Company
4141 North Atlantic Boulevard
Auburn Hills, MI 48326


Rapid PSI
1367 S. Anna
Wichita, KS 67209


Rapid Solutions
1186 Combermere
Troy, MI 48083


Resaline, Inc.
42424 Mound Road
Sterling Heights, MI 48314
```

Rockford Area Ventures
605 Fulton Avenue
Rockford, IL 61103


Saab Financial Services
P.O. Box 239
Memphis, TN 38101-0239


SBC


Scicon Technologies
27525 Newhall Ranch Road
Valencia, CA 91355


Sealant Equipment
P.O. Box 701460
Plymouth, MI 48710


Sentry Insurance
1800 North Point Drive
Stevens Point, WI 54481


Sharp Products
2550 South 170th Street
New Berlin, WI 53151


Shavitz Heating and Cooling
4849 Main Street
Skokie, IL 60077


Staffing Now, Inc.
200 West Adams Street
Chicago, IL 60606


Star-lite Manufacturing
735 Nedgewood Avenue
Wood Dale, IL 60191


Technical Products, Inc.
2415 Gardner Road
Broadview, IL 60155

Thermal-Tech Systems


Trace Laboratories
1150 West Euclid Avenue
Palatine, IL 60067


Uline
2200 South Lakeside Drive
Waukegan, IL 60085


Village of Burr Ridge
7660 County Line Road
Burr Ridge, IL 60527


XO Communications