United States Bankruptcy Court
Northern District of Illinois

In re: Prototech Engineering, Inc.           Case No.09-14074
    Debtor                                Small Business Case under Chapter 11
                                            Judge Jacqueline P. Cox

## DEBTOR'S FINAL REPORT AND SCHEDULE OF UNPAID DEBTS

Prototech Engineering, Inc. ("Debtor"), by and through their attorney, John J Lynch of the Law Office of John J Lynch, PC, and for its Final Report and Schedule of Unpaid Debts submits as follows.

1.  The debtor were Chapter 11 debtors for the period beginning April 21, 2009 through August 12 2009 at which time this case was converted to a Chapter 7 case.

2.  While acting as debtor-in-possession, the Debtor collected from their accounts receivables as listed on their Schedule B of the Debtors Schedule. There were no new trade vendors and all employees were paid/or scheduled to be paid. All transactions and/or disbursements were accomplished via the Prototech Engineering, Inc. bank accounts located at National City and Old Second National Bank.

3.  The Debtor has estimated disbursements through conversion of the case for April 2009 to August 2009 as $ 200,000.00.

## SCHEDULE OF UNPAID DEBTS

4.  By reason of the foregoing disbursements the debtor owes quarterly fees to the United States Trustee's Office. Other than these fees there are no other unpaid debts incurred in this case.

                                                    Respectfully Submitted,
                                                    Prototech Engineering, Inc.

                                                    \s\ John J. Lynch
                                                    By: John J Lynch, One of its Attorneys

John J. Lynch (No. 6270193)
Law Offices of John J. Lynch, P.C.
801 Warrenville Road, Suite 560
Lisle, IL  60532
Phone:  (630) 960-4700