# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PROTOTECH ENGINEERING, INC. | § | Case No. 09-14074 JPC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on     . The case was converted to one under Chapter 7 on     . The undersigned trustee was appointed on     .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of        $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

Case No:   09-14074   JPC   Judge: JACQUELINE P. COX

Case Name:   PROTOTECH ENGINEERING, INC.

For Period Ending:   09/30/14

Trustee Name:   GINA B. KROL

Date Filed (f) or Converted (c):   08/12/09 (c)

341(a) Meeting Date:   09/09/09

Claims Bar Date:   12/14/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Business assets | 0.00 | 51,748.46 | | 51,748.46 | FA |
| Per sale order in Chapter 11 proceeding, prior to conversion | | | | | |
| 2. Insurance Refund (u) | 0.00 | 2,754.66 | | 2,754.66 | FA |
| 3. Refund of Copy Charge | 0.00 | 171.00 | | 171.00 | FA |
| 4. Cash (u) | 100.00 | 0.00 | | 0.00 | FA |
| 5. BANK ACCONTS (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. BANK ACCONTS (u) | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Security Deposit (u) | 17,498.00 | 0.00 | | 0.00 | FA |
| 8. A/R (u) | 119,461.50 | 0.00 | | 0.00 | FA |
| 9. leased vehicles (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10. OFFICE EQUIPMENT (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY (u) | 35,000.00 | 0.00 | | 0.00 | FA |
| 12. Inventory (u) | 22,920.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 32.02 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $200,979.50   $54,674.12   $54,706.14   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for review

October 6, 2014, 03:38 pm

Trustee's accountant has prepared tax returns and they have been filed but there is an issue with the tax id number used

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-14074   JPC   Judge: JACQUELINE P. COX | Trustee Name: | GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | Date Filed (f) or Converted (c): | 08/12/09 (c) |
| | | 341(a) Meeting Date: | 09/09/09 |
| | | Claims Bar Date: | 12/14/09 |

by the debtor. Accountant is working with taxing authorities to clear up the problem. Trustee to review claims and
prepare TRF.

October 17, 2013, 02:36 pm

Initial Projected Date of Final Report (TFR): 12/31/10        Current Projected Date of Final Report (TFR): 12/31/14


/s/    GINA B. KROL

_____ Date: 10/27/14
    GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-14074  -JPC | |
| Case Name: | PROTOTECH ENGINEERING, INC. | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0212  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******2660 |
| For Period Ending: | 09/30/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 946.60 | | 946.60 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 46,311.68 | | 47,258.28 |
| 10/09/12 | 3 | Dept. of Treasury | Refund of copy charge | 1180-000 | 171.00 | | 47,429.28 |
| | | Internal Revenue Service | | | | | |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.13 | 47,400.15 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.17 | 47,369.98 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.20 | 47,340.78 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.16 | 47,310.62 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.33 | 47,240.29 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 40.94 | 47,199.35 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.42 | 47,135.93 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.08 | 47,065.85 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.71 | 46,998.14 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.87 | 46,928.27 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.52 | 46,860.75 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.67 | 46,791.08 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.57 | 46,721.51 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.23 | 46,654.28 |
| 10/31/13 | 030002 | Alan Lasko | Accountant Fees per Court Order | 3410-000 | | 2,846.60 | 43,807.68 |
| | | 120 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 10/31/13 | 030003 | Alan Lasko | Accountant Expenes per Court Order | 3420-000 | | 9.28 | 43,798.40 |
| | | 120 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.36 | 43,729.04 |

Page:   2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-14074 -JPC | | Trustee Name: | GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0212  Checking Account |
| Taxpayer ID No: | *******2660 | | | |
| For Period Ending: | 09/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.88 | 43,665.16 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.91 | 43,600.25 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.82 | 43,535.43 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.46 | 43,476.97 |
| 04/01/14 | 030004 | International Sureties Ltd. | BOND | 2300-000 | | 38.32 | 43,438.65 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.64 | 43,374.01 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.42 | 43,311.59 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.39 | 43,247.20 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.22 | 43,184.98 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.21 | 43,120.77 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.11 | 43,056.66 |

| Account | *******0212 | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 171.00 | 4 | Checks | 2,935.14 |
| | 0 | Interest Postings | 0.00 | 24 | Adjustments Out | 1,437.48 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $    171.00 | | | |
| | | | | | Total | $   4,372.62 |
| | 0 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 47,258.28 | | | |
| | | Total | $   47,429.28 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

LFORM2T4

Ver: 18.03

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-14074 -JPC | |
| Case Name: | PROTOTECH ENGINEERING, INC. | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9912  BofA - Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******2660 |
| For Period Ending: | 09/30/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/02/09 | 1 | John Lynch | Proceeds of sale | 1129-000 | 51,748.46 | | 51,748.46 |
| | | Client Trust Fund Account | | | | | |
| 09/02/09 | 2 | Sentry Insurance | Insurance Refund | 1229-000 | 2,754.66 | | 54,503.12 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 1.26 | | 54,504.38 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.31 | | 54,506.69 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.24 | | 54,508.93 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.31 | | 54,511.24 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.31 | | 54,513.55 |
| 02/02/10 | | Transfer to Acct #*******0037 | Bank Funds Transfer | 9999-000 | | 7,500.00 | 47,013.55 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 47,014.71 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.21 | | 47,015.92 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 47,017.08 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 47,018.27 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 47,019.44 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 47,020.63 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.21 | | 47,021.84 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 47,023.00 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 47,024.19 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 47,025.36 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 47,026.56 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 47,027.76 |
| 02/07/11 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 40.87 | 46,986.89 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 46,987.25 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,987.65 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 46,988.03 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,988.43 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,988.82 |

LFORM2T4

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-14074 -JPC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PROTOTECH ENGINEERING, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9912  BofA - Money Market Account |
| Taxpayer ID No: | *******2660 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,989.21 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,989.61 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,990.00 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,990.40 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 59.86 | 46,930.54 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,930.93 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 57.86 | 46,873.07 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,873.47 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 57.79 | 46,815.68 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,816.08 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 61.40 | 46,754.68 |
| 02/06/12 | 000302 | International Sureties | BOND | 2300-000 | | 43.21 | 46,711.47 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 46,711.84 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 55.54 | 46,656.30 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,656.69 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 57.36 | 46,599.33 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 46,599.71 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 59.20 | 46,540.51 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,540.90 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 59.13 | 46,481.77 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 46,482.15 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 55.24 | 46,426.91 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,427.31 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 60.89 | 46,366.42 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.37 | | 46,366.79 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 55.11 | 46,311.68 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit B

| Case No: | 09-14074  -JPC | Trustee Name: | GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9912  BofA - Money Market Account |
| Taxpayer ID No: | *******2660 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | DALLAS, TX  75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 46,311.68 | 0.00 |

|  | Account  *******9912 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 2 | Deposits | 54,503.12 | 2 | Checks | 84.08 |
| | | 36 | Interest Postings | 32.02 | 11 | Adjustments Out | 639.38 |
| | | | | | 2 | Transfers Out | 53,811.68 |
| | | | Subtotal | $  54,535.14 | | | |
| | | | | | | Total | $  54,535.14 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $  54,535.14 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-14074  -JPC | Trustee Name: GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | Bank Name: BANK OF AMERICA, N.A. |
| | | Account Number / CD #: *******0037 BofA - Checking Account |
| Taxpayer ID No: | *******2660 | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/02/10 | | Transfer from Acct #*******9912 | Bank Funds Transfer | 9999-000 | 7,500.00 | | 7,500.00 |
| 02/02/10 | 003001 | Alejandro Amaro | Post-Petition wages per court order | 6950-720 | | 1,551.71 | 5,948.29 |
| | | | Balance of $685.79 being withheld for payroll taxes | | | | |
| 02/02/10 | 003002 | Eliasar Amaro | Post-Petition Wages per court order | 6950-720 | | 554.80 | 5,393.49 |
| 02/02/10 | 003003 | Craig E. Burke | Post-Petition Wages per court order | 6950-720 | | 1,111.80 | 4,281.69 |
| 02/02/10 | 003004 | David J. Lewis | Post-Petition wages per court order | 6950-720 | | 582.55 | 3,699.14 |
| 02/02/10 | 003005 | Illinois Department of Employment Security | Employee taxes on admin wages | 6950-730 | | 372.63 | 3,326.51 |
| 02/02/10 | 003006 | Illinois Department of Revenue | Illinois withholding on admin wages | 6950-730 | | 164.40 | 3,162.11 |
| 02/02/10 | 003007 | Internal Revenue Service United States Treasury | Trustee matching payroll taxes Federal Withholding  1095.95 Social Security       679.48 Medicare            158.91 | 6950-730 | | 1,934.34 | 1,227.77 |
| 02/02/10 | 003008 | Internal Revenue Service Department of Treasury | FUTA liability | 6950-730 | | 43.84 | 1,183.93 |
| 02/09/10 | 003009 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 35.77 | 1,148.16 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.46 | 1,146.70 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.41 | 1,145.29 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.41 | 1,143.88 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.50 | 1,142.38 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.36 | 1,141.02 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.40 | 1,139.62 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.45 | 1,138.17 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.45 | 1,136.72 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.35 | 1,135.37 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.49 | 1,133.88 |
| 08/14/12 | 003010 | Illinois Dept. of Revenue | Copy fee for pre-petition tax retur | 2990-000 | | 15.00 | 1,118.88 |

FOR M2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-14074 -JPC |
| Case Name: | PROTOTECH ENGINEERING, INC. |
| | |
| Taxpayer ID No: | *******2660 |
| For Period Ending: | 09/30/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0037 BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/14/12 | 003011 | Records Management Division 2.202 PO Box 19014 Springfield, IL 62794-9014 US Department of Treasury c/o Raivs Team Stop 37 106 Fresno, CA 93888 | Copy fee for pre-petition tax retur | 2990-000 | | 171.00 | 947.88 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 1.28 | 946.60 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 946.60 | 0.00 |

| Account | *******0037 | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | | 0.00 | | | |
| | 0 | Deposits | | 0.00 | 11 | Checks | 6,537.84 |
| | 0 | Interest Postings | | 0.00 | 11 | Adjustments Out | 15.56 |
| | | | | | 1 | Transfers Out | 946.60 |
| | | Subtotal | $ | 0.00 | | | |
| | | | | | | Total | $ 7,500.00 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 1 | Transfers In | | 7,500.00 | | | |
| | | Total | $ | 7,500.00 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

LFORM2T4

Ver: 18.03

FORM 2                                                                                                    Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit B

| Case No: | 09-14074 -JPC | Trustee Name: | GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0037  BofA - Checking Account |
| Taxpayer ID No: | *******2660 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 3 | Deposits | 54,674.12 | | 17 | Checks | 9,557.06 |
| | 36 | Interest Postings | 32.02 | | 46 | Adjustments Out | 2,092.42 |
| | | | | | 3 | Transfers Out | 54,758.28 |
| | | Subtotal | $ 54,706.14 | | | | |
| | | | | | | Total | $ 66,407.76 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 3 | Transfers In | 54,758.28 | | | | |
| | | Total | $ 109,464.42 | | | Net Total Balance | $ 43,056.66 |

Trustee's Signature: _____    Date: 10/27/14

/s/    GINA B. KROL

GINA B. KROL

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-14074 | Claim Number Sequence | | | |
|---|---|---|---|---|---|
| Debtor Name: | PROTOTECH ENGINEERING, INC. | | Joint Debtor: | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 999<br>6950-73 | Illinois Dept. of Employment Security | Administrative | | $0.00 | $372.63 | $372.63 |
| 999<br>6950-73 | Illinois Department of Revenue | Administrative | | $0.00 | $164.40 | $164.40 |
| 999<br>6950-73 | Internal Revenue Service<br>United States Treasury | Administrative | | $0.00 | $1,934.34 | $1,934.34 |
| 999<br>6950-73 | Internal Revenue Service<br>Department of Treasury | Administrative | | $0.00 | $43.84 | $43.84 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,056.00 | $5,056.00 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $57.24 | $57.24 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,985.31 | $5,985.31 |
| 1<br>070<br>7100-00 | RS Hughes Company<br>869-B South Rohlwing Rd.<br>Addison, IL 60101 | Unsecured | | $0.00 | $1,097.92 | $1,097.92 |
| 10<br>050<br>4210-00 | JP Morgan Chase Bank<br>201 N. Central Ave., AZ1-1191<br>Phoenix, AZ  85004 | Secured | | $0.00 | $0.00 | $0.00 |
| 11<br>070<br>7100-00 | Incodema Sales<br>407 Cliff Street<br>Ithaca, NY  14850 | Unsecured | | $0.00 | $10,868.60 | $10,868.60 |
| 12<br>070<br>7100-00 | Staffing Now, Inc.<br>200 W. Adams St.<br>Chicago, IL 60606 | Unsecured | | $0.00 | $4,898.56 | $4,898.56 |
| 13<br>070<br>7100-00 | Accelerated Technologies, Inc.<br>Teller, Levit & Silvertrust PC<br>11 E. Adams St., #800<br>Chicago, IL 60603 | Unsecured | | $0.00 | $24,463.54 | $24,463.54 |
| 14<br>070<br>7100-00 | Curbell Plastics Inc.<br>7 Cobham Dr.<br>Orchard Park, NY  14127 | Unsecured | | $0.00 | $5,097.14 | $5,097.14 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 27, 2014

Case Number:  09-14074
Debtor Name:  PROTOTECH ENGINEERING, INC.

Claim Number Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|-------------------------|-------------|-------|-----------|---------|---------|
| 15<br>999<br>6910-00 | Bermag Corporation<br>2251 State Route 125<br>Hickman, KY  42050 | Administrative | | $0.00 | $1,659.50 | $1,659.50 |
| 16<br>070<br>7100-00 | Fine Line Prototypes, Inc.<br>9310-100 Focal Point<br>Raleigh, NC  27617 | Unsecured | | $0.00 | $7,691.00 | $7,691.00 |
| 17<br>070<br>7100-00 | Cochrane Compressor<br>4533 W. North Ave.<br>Melrose Park, IL 60160 | Unsecured | | $0.00 | $452.78 | $452.78 |
| 18<br>999<br>6910-00 | Eager Plastics<br>3350 W. 48th Place<br>Chicago, IL 60632 | Administrative | | $0.00 | $1,123.43 | $1,123.43 |
| 19<br>070<br>7100-00 | AAA Day & Night Express<br>PO Box 1090<br>Plainfield. IL  60586 | Unsecured | | $0.00 | $92.50 | $92.50 |
| 2<br>070<br>7100-00 | Eager Plastics<br>3350 W. 48th Place<br>Chicago, IL60632 | Unsecured | | $0.00 | $3,521.80 | $3,521.80 |
| 20<br>070<br>7100-00 | Rockford Area Ventures<br>605 Fulton Ave.<br>Rockford, IL 61103 | Unsecured | | $0.00 | $3,316.05 | $3,316.05 |
| 21<br>070<br>7100-00 | Plastruct<br>1020 S. Wallace Place<br>City of Industry, CA  91448 | Unsecured | | $0.00 | $51.81 | $51.81 |
| 22<br>070<br>7100-00 | National RP Support<br>213 SE 16th St.<br>Pella, IA  50219 | Unsecured | | $0.00 | $1,500.00 | $1,500.00 |
| 23<br>070<br>7100-00 | Integra Machine Tool<br>2620 S. 162nd St.<br>New Berlin, WI 53151 | Unsecured | | $0.00 | $4,177.58 | $4,177.58 |
| 24<br>070<br>7100-00 | Joseph Siepka<br>16521 South 106th Court<br>Orland Park, IL 60467 | Unsecured | | $0.00 | $3,900.00 | $3,900.00 |
| 25<br>999<br>6950-72 | Alejandro Amaro<br>3601 Timberlake Dr.<br>Joliet, IL 60435 | Administrative | | $0.00 | $2,237.50 | $2,237.50 |
| 26<br>999<br>6950-72 | Eilasar Amaro<br>3041 S. St. Louis<br>Chicago, IL 60623 | Administrative | | $0.00 | $800.00 | $800.00 |
| 27<br>999<br>6990-00 | Matthew C. Waite<br>418 Clearwater Rd.<br>New Lenox,, IL 60451 | Administrative | | $0.00 | $2,500.00 | $2,500.00 |

| | EXHIBIT C | | | | | |
|---|---|---|---|---|---|---|
| Page 3 | ANALYSIS OF CLAIMS REGISTER | | | | | Date: October 27, 2014 |

Case Number:  09-14074

Debtor Name:  PROTOTECH ENGINEERING, INC.

Claim Number Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 28<br>999<br>6950-72 | Craig E. Burke<br>22048 Pasadena Lane<br>Plainfield, IL 60544 | Administrative | | $0.00 | $1,602.28 | $1,602.28 |
| 3<br>070<br>7100-00 | Eagle Design<br>55 E. Roosevelt<br>Zeeland, MI  49464 | Unsecured | | $0.00 | $6,760.00 | $6,760.00 |
| 30<br>999<br>6950-72 | David J. Lewis<br>1709 Lake Pointe Ct.<br>Plainfield, IL 60586 | Administrative | | $0.00 | $840.00 | $840.00 |
| 31<br>070<br>7100-00 | Rockford Area Ventures<br>605 Fulton Ave.<br>Rockford, IL 61103 | Unsecured | | $0.00 | $3,316.05 | $3,316.05 |
| 32<br>070<br>7100-00 | Trace Laboratories, Inc.<br>Methode Electronics Inc.<br>Attn:  Nancy Muklewicz<br>7401 W. Wilson Ave.<br>Chicago, IL 60706 | Unsecured | | $0.00 | $1,300.00 | $1,300.00 |
| 33<br>070<br>7100-00 | Dynamex Inc.<br>Attn: Melissa Ponder<br>5429 LBJ Freeway #100<br>Dallas, TX 75240 | Unsecured | | $0.00 | $771.78 | $771.78 |
| 34<br>001<br>2950-00 | Office of US Trustee<br>219 S. Dearborn St., 8th Floor<br>Chicago, IL 60604 | Administrative | | $0.00 | $2,600.00 | $2,600.00 |
| 35<br>999<br>6910-00 | Eager Plastics<br>3350 W. 48th Place<br>Chicago, IL 60632 | Administrative | | $0.00 | $1,917.26 | $1,917.26 |
| 36<br>070<br>7100-00 | Layko Properties<br>100 Shore Drive #2<br>Willowbrook, IL 60527 | Unsecured | | $0.00 | $268,772.27 | $268,772.27 |
| 37<br>080<br>7200-00 | Dow Corning Corp.<br>2200 W. Salsburg Rd.<br>(Mail#C01232)<br>Auburn, MI  48611 | Unsecured | | $0.00 | $15,204.10 | $15,204.10 |
| 39<br>999<br>6950-73 | Illinois Dept. of Employment Security<br>33 S. State St.<br>10th Floor<br>Chicgao, IL 60603 | Administrative | | $0.00 | $16,571.60 | $16,571.60 |
| 39<br>999<br>6950-73 | Illinois Dept. of Employment Security<br>33 S. State St.<br>10th Floor<br>Chicgao, IL 60603 | Administrative | | $0.00 | $140.00 | $140.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 27, 2014

| Case Number: | 09-14074 | | Claim Number Sequence | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | PROTOTECH ENGINEERING, INC. | | | Joint Debtor: | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>070<br>7100-00 | Uline<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085 | Unsecured | | $0.00 | $128.42 | $128.42 |
| 40<br>040<br>5800-00 | Illinois Dept. of Employment Security<br>33 S. State St.<br>10th Floor<br>Chicgao, IL 60603 | Priority | | $0.00 | $93.16 | $93.16 |
| 40<br>080<br>7300-00 | Illinois Dept. of Employment Security<br>33 S. State St.<br>10th Floor<br>Chicgao, IL 60603 | Unsecured | | $0.00 | $50.00 | $50.00 |
| 5<br>070<br>7100-00 | Layko Properties<br>100 Shore Drive #2<br>Willowbrook, IL 60527 | Unsecured | | $0.00 | $131,529.40 | $131,529.40 |
| 6<br>070<br>7100-00 | Great American Leasing Co.<br>PO Box 609<br>Cedar Rapids, IA  52406 | Unsecured | | $0.00 | $3,684.18 | $3,684.18 |
| 7<br>070<br>7100-00 | HPL Stamping Inc.<br>c/o Matthew M. Hervin<br>HINSHAW & CULBERTSON LLP<br>100 Park Ave.<br>Rockford, IL 61101 | Unsecured | | $0.00 | $180,719.86 | $180,719.86 |
| 8<br>070<br>7100-00 | Epcor Industrial Inc.<br>c/o Edelstein & Edelstein PC<br>3825 W. Montrose Ave.<br>Chicago, IL 60618 | Unsecured | | $0.00 | $2,831.00 | $2,831.00 |
| 9<br>070<br>7100-00 | AAA Day & Night Express<br>PO Box 250<br>HInsdale, IL 60522 | Unsecured | | $0.00 | $0.00 | $0.00 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $0.00 | $163.34 | $163.34 |
| | Case Totals: | | | $0.00 | $732,058.17 | $732,058.17 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-14074 JPC
Case Name: PROTOTECH ENGINEERING, INC.
Trustee Name: GINA B. KROL

      Balance on hand                        $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | JP Morgan Chase Bank 201 N. Central Ave., AZ1-1191 Phoenix, AZ  85004 | $ | $ | $ | $ |

     Total to be paid to secured creditors         $_____

     Remaining Balance                  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

     Total to be paid for chapter 7 administrative expenses   $_____

     Remaining Balance                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Alejandro Amaro | $ | $ | $ |
| Other: Bermag Corporation | $ | $ | $ |
| Other: Craig E. Burke | $ | $ | $ |
| Other: David J. Lewis | $ | $ | $ |
| Other: Eager Plastics | $ | $ | $ |
| Other: Eilasar Amaro | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |
| Other: Illinois Dept. of Employment Security | $ | $ | $ |
| Other: Internal Revenue Service | $ | $ | $ |
| Other: Matthew C. Waite | $ | $ | $ |

Total to be paid for prior chapter administrative expenses        $_____

Remaining Balance        $_____


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 40 | Illinois Dept. of Employment Security 33 S. State St. 10th Floor Chicgao, IL 60603 | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Eager Plastics<br>3350 W. 48th Place<br>Chicago, IL 60632 | $ | $ | $ |
| 3 | Eagle Design<br>55 E. Roosevelt<br>Zeeland, MI  49464 | $ | $ | $ |
| 32 | Trace Laboratories, Inc.<br>Methode Electronics Inc.<br>Attn:  Nancy Muklewicz<br>7401 W. Wilson Ave.<br>Chicago, IL 60706 | $ | $ | $ |
| 33 | Dynamex Inc.<br>Attn: Melissa Ponder<br>5429 LBJ Freeway #100<br>Dallas, TX 75240 | $ | $ | $ |
| 36 | Layko Properties<br>100 Shore Drive #2<br>Willowbrook, IL 60527 | $ | $ | $ |
| 24 | Joseph Siepka<br>16521 South 106th Court<br>Orland Park, IL 60467 | $ | $ | $ |
| 1 | RS Hughes Company<br>869-B South Rohlwing Rd.<br>Addison, IL 60101 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Great American Leasing Co.<br>PO Box 609<br>Cedar Rapids, IA  52406 | $ | $ | $ |
| 7 | HPL Stamping Inc.<br>c/o Matthew M. Hervin<br>HINSHAW &<br>CULBERTSON LLP<br>100 Park Ave.<br>Rockford, IL 61101 | $ | $ | $ |
| 8 | Epcor Industrial Inc.<br>c/o Edelstein & Edelstein PC<br>3825 W. Montrose Ave.<br>Chicago, IL 60618 | $ | $ | $ |
| 4 | Uline<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085 | $ | $ | $ |
| 11 | Incodema Sales<br>407 Cliff Street<br>Ithaca, NY  14850 | $ | $ | $ |
| 12 | Staffing Now, Inc.<br>200 W. Adams St.<br>Chicago, IL 60606 | $ | $ | $ |
| 13 | Accelerated Technologies, Inc.<br>Teller, Levit & Silvertrust PC<br>11 E. Adams St., #800<br>Chicago, IL 60603 | $ | $ | $ |
| 14 | Curbell Plastics Inc.<br>7 Cobham Dr.<br>Orchard Park, NY  14127 | $ | $ | $ |
| 16 | Fine Line Prototypes, Inc.<br>9310-100 Focal Point<br>Raleigh, NC  27617 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Cochrane Compressor<br>4533 W. North Ave.<br>Melrose Park, IL 60160 | $ | $ | $ |
| 19 | AAA Day & Night Express<br>PO Box 1090<br>Plainfield. IL  60586 | $ | $ | $ |
| 20 | Rockford Area Ventures<br>605 Fulton Ave.<br>Rockford, IL 61103 | $ | $ | $ |
| 21 | Plastruct<br>1020 S. Wallace Place<br>City of Industry, CA 91448 | $ | $ | $ |
| 22 | National RP Support<br>213 SE 16th St.<br>Pella, IA  50219 | $ | $ | $ |
| 23 | Integra Machine Tool<br>2620 S. 162nd St.<br>New Berlin, WI 53151 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____


Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 37 | Dow Corning Corp.<br>2200 W. Salsburg Rd.<br>(Mail#C01232)<br>Auburn, MI  48611 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance                                             $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 40 | Illinois Dept. of Employment Security 33 S. State St. 10th Floor Chicgao, IL 60603 | $ | $ | $ |

Total to be paid to subordinated unsecured creditors         $_____

Remaining Balance                                             $_____