UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PROTOTECH ENGINEERING, INC. § Case No. 09-14074 JPC
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/04/2014 in Courtroom 680,
United States District Courthouse
219 S. Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2014          By: CLERK OF BANKRUPTCY COURT
                                     Clerk of US Bankruptcy Court


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PROTOTECH ENGINEERING, INC. § Case No. 09-14074 JPC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ |
| and approved disbursements of | $ |
| leaving a balance on hand of[1] | $ |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | JP Morgan Chase Bank 201 N. Central Ave., AZ1-1191 Phoenix, AZ 85004 | $ | $ | $ | $ |

| | |
|---|---|
| Total to be paid to secured creditors | $ |
| Remaining Balance | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Cohen & Krol | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Alejandro Amaro | $ | $ | $ |
| Other: Bermag Corporation | $ | $ | $ |
| Other: Craig E. Burke | $ | $ | $ |
| Other: David J. Lewis | $ | $ | $ |
| Other: Eager Plastics | $ | $ | $ |
| Other: Eilasar Amaro | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |
| Other: Illinois Dept. of Employment Security | $ | $ | $ |
| Other: Internal Revenue Service | $ | $ | $ |
| Other: Matthew C. Waite | $ | $ | $ |

    Total to be paid for prior chapter administrative expenses    $_____

    Remaining Balance    $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 40 | Illinois Dept. of Employment Security<br>33 S. State St.<br>10th Floor<br>Chicgao, IL 60603 | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Eager Plastics<br>3350 W. 48th Place<br>Chicago, IL 60632 | $ | $ | $ |
| 3 | Eagle Design<br>55 E. Roosevelt<br>Zeeland, MI 49464 | $ | $ | $ |
| 32 | Trace Laboratories, Inc.<br>Methode Electronics Inc.<br>Attn: Nancy Muklewicz<br>7401 W. Wilson Ave.<br>Chicago, IL 60706 | $ | $ | $ |
| 33 | Dynamex Inc.<br>Attn: Melissa Ponder<br>5429 LBJ Freeway #100<br>Dallas, TX 75240 | $ | $ | $ |
| 36 | Layko Properties<br>100 Shore Drive #2<br>Willowbrook, IL 60527 | $ | $ | $ |
| 24 | Joseph Siepka<br>16521 South 106th Court<br>Orland Park, IL 60467 | $ | $ | $ |
| 1 | RS Hughes Company<br>869-B South Rohlwing Rd.<br>Addison, IL 60101 | $ | $ | $ |
| 6 | Great American Leasing Co.<br>PO Box 609<br>Cedar Rapids, IA 52406 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | HPL Stamping Inc. c/o Matthew M. Hervin HINSHAW & CULBERTSON LLP 100 Park Ave. Rockford, IL 61101 | $ | $ | $ |
| 8 | Epcor Industrial Inc. c/o Edelstein & Edelstein PC 3825 W. Montrose Ave. Chicago, IL 60618 | $ | $ | $ |
| 4 | Uline 2200 S. Lakeside Dr. Waukegan, IL 60085 | $ | $ | $ |
| 11 | Incodema Sales 407 Cliff Street Ithaca, NY 14850 | $ | $ | $ |
| 12 | Staffing Now, Inc. 200 W. Adams St. Chicago, IL 60606 | $ | $ | $ |
| 13 | Accelerated Technologies, Inc. Teller, Levit & Silvertrust PC 11 E. Adams St., #800 Chicago, IL 60603 | $ | $ | $ |
| 14 | Curbell Plastics Inc. 7 Cobham Dr. Orchard Park, NY 14127 | $ | $ | $ |
| 16 | Fine Line Prototypes, Inc. 9310-100 Focal Point Raleigh, NC 27617 | $ | $ | $ |
| 17 | Cochrane Compressor 4533 W. North Ave. Melrose Park, IL 60160 | $ | $ | $ |
| 19 | AAA Day & Night Express PO Box 1090 Plainfield. IL 60586 | $ | $ | $ |
| 20 | Rockford Area Ventures 605 Fulton Ave. Rockford, IL 61103 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Plastruct<br>1020 S. Wallace Place<br>City of Industry, CA 91448 | $ | $ | $ |
| 22 | National RP Support<br>213 SE 16th St.<br>Pella, IA  50219 | $ | $ | $ |
| 23 | Integra Machine Tool<br>2620 S. 162nd St.<br>New Berlin, WI 53151 | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance                                             $_____


    Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 37 | Dow Corning Corp.<br>2200 W. Salsburg Rd.<br>(Mail#C01232)<br>Auburn, MI  48611 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance                                             $_____


    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 40 | Illinois Dept. of Employment Security<br>33 S. State St.<br>10th Floor<br>Chicgao, IL 60603 | $ | $ | $ |

       Total to be paid to subordinated unsecured creditors    $_____

       Remaining Balance    $_____


Prepared By: /s/GINA B. KROL
               Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.