UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| PROTOTECH ENGINEERING, INC. | § | Case No. 09-14074 JPC |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

      Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

      The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF BANKRUPTCY COURT
          KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/04/2014 in Courtroom 680,
          United States District Courthouse
          219 S. Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2014           By: CLERK OF BANKRUPTCY COURT
                                                        Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| | § | |
| PROTOTECH ENGINEERING, INC. | § | Case No. 09-14074 JPC |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 54,706.14 |
| and approved disbursements of | $ | 11,649.48 |
| leaving a balance on hand of[1] | $ | 43,056.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 10 | JP Morgan Chase Bank 201 N. Central Ave., AZ1-1191 Phoenix, AZ 85004 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 43,056.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: GINA B. KROL | $ 5,985.31 | $ 0.00 | $ 5,985.31 |
| Attorney for Trustee Fees: Cohen & Krol | $ 5,056.00 | $ 0.00 | $ 5,056.00 |
| Other: International Sureties Ltd. | $ 163.34 | $ 163.34 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Cohen & Krol | $ 57.24 | $ 0.00 | $ 57.24 |
| Total to be paid for chapter 7 administrative expenses | | $ | 11,098.55 |
| Remaining Balance | | $ | 31,958.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Alejandro Amaro | $ 2,237.50 | $ 2,237.50 | $ 0.00 |
| Other: Bermag Corporation | $ 1,659.50 | $ 0.00 | $ 1,659.50 |
| Other: Craig E. Burke | $ 1,602.28 | $ 1,602.28 | $ 0.00 |
| Other: David J. Lewis | $ 840.00 | $ 840.00 | $ 0.00 |
| Other: Eager Plastics | $ 1,917.26 | $ 0.00 | $ 1,917.26 |
| Other: Eilasar Amaro | $ 800.00 | $ 800.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 164.40 | $ 164.40 | $ 0.00 |
| Other: Illinois Dept. of Employment Security | $ 17,084.23 | $ 372.63 | $ 16,711.60 |
| Other: Internal Revenue Service | $ 1,978.18 | $ 1,978.18 | $ 0.00 |
| Other: Matthew C. Waite | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Total to be paid for prior chapter administrative expenses | | $ | 22,788.36 |
| Remaining Balance | | $ | 9,169.75 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 93.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 40 | Illinois Dept. of Employment Security 33 S. State St. 10th Floor Chicgao, IL 60603 | $ 93.16 | $ 0.00 | $ 93.16 |

| | Total to be paid to priority creditors | $ | 93.16 |
|---|---|---|---|
| | Remaining Balance | $ | 9,076.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 536,096.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Eager Plastics<br>3350 W. 48th Place<br>Chicago, IL 60632 | $ 3,521.80 | $ 0.00 | $ 59.63 |
| 3 | Eagle Design<br>55 E. Roosevelt<br>Zeeland, MI 49464 | $ 6,760.00 | $ 0.00 | $ 114.45 |
| 32 | Trace Laboratories, Inc.<br>Methode Electronics Inc.<br>Attn: Nancy Muklewicz<br>7401 W. Wilson Ave.<br>Chicago, IL 60706 | $ 1,300.00 | $ 0.00 | $ 22.01 |
| 33 | Dynamex Inc.<br>Attn: Melissa Ponder<br>5429 LBJ Freeway #100<br>Dallas, TX 75240 | $ 771.78 | $ 0.00 | $ 13.07 |
| 36 | Layko Properties<br>100 Shore Drive #2<br>Willowbrook, IL 60527 | $ 268,772.27 | $ 0.00 | $ 4,550.55 |
| 24 | Joseph Siepka<br>16521 South 106th Court<br>Orland Park, IL 60467 | $ 3,900.00 | $ 0.00 | $ 66.03 |
| 1 | RS Hughes Company<br>869-B South Rohlwing Rd.<br>Addison, IL 60101 | $ 1,097.92 | $ 0.00 | $ 18.59 |
| 6 | Great American Leasing Co.<br>PO Box 609<br>Cedar Rapids, IA 52406 | $ 3,684.18 | $ 0.00 | $ 62.38 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | HPL Stamping Inc. c/o Matthew M. Hervin HINSHAW & CULBERTSON LLP 100 Park Ave. Rockford, IL 61101 | $ 180,719.86 | $ 0.00 | $ 3,059.74 |
| 8 | Epcor Industrial Inc. c/o Edelstein & Edelstein PC 3825 W. Montrose Ave. Chicago, IL 60618 | $ 2,831.00 | $ 0.00 | $ 47.93 |
| 4 | Uline 2200 S. Lakeside Dr. Waukegan, IL 60085 | $ 128.42 | $ 0.00 | $ 2.17 |
| 11 | Incodema Sales 407 Cliff Street Ithaca, NY 14850 | $ 10,868.60 | $ 0.00 | $ 184.01 |
| 12 | Staffing Now, Inc. 200 W. Adams St. Chicago, IL 60606 | $ 4,898.56 | $ 0.00 | $ 82.94 |
| 13 | Accelerated Technologies, Inc. Teller, Levit & Silvertrust PC 11 E. Adams St., #800 Chicago, IL 60603 | $ 24,463.54 | $ 0.00 | $ 414.19 |
| 14 | Curbell Plastics Inc. 7 Cobham Dr. Orchard Park, NY 14127 | $ 5,097.14 | $ 0.00 | $ 86.30 |
| 16 | Fine Line Prototypes, Inc. 9310-100 Focal Point Raleigh, NC 27617 | $ 7,691.00 | $ 0.00 | $ 130.22 |
| 17 | Cochrane Compressor 4533 W. North Ave. Melrose Park, IL 60160 | $ 452.78 | $ 0.00 | $ 7.67 |
| 19 | AAA Day & Night Express PO Box 1090 Plainfield. IL 60586 | $ 92.50 | $ 0.00 | $ 1.56 |
| 20 | Rockford Area Ventures 605 Fulton Ave. Rockford, IL 61103 | $ 3,316.05 | $ 0.00 | $ 56.14 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Plastruct<br>1020 S. Wallace Place<br>City of Industry, CA 91448 | $ 51.81 | $ 0.00 | $ 0.88 |
| 22 | National RP Support<br>213 SE 16th St.<br>Pella, IA 50219 | $ 1,500.00 | $ 0.00 | $ 25.40 |
| 23 | Integra Machine Tool<br>2620 S. 162nd St.<br>New Berlin, WI 53151 | $ 4,177.58 | $ 0.00 | $ 70.73 |

Total to be paid to timely general unsecured creditors         $         9,076.59

Remaining Balance                                              $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 15,204.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 37 | Dow Corning Corp.<br>2200 W. Salsburg Rd.<br>(Mail#C01232)<br>Auburn, MI 48611 | $ 15,204.10 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $             0.00

Remaining Balance                                              $             0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 50.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 40 | Illinois Dept. of Employment Security<br>33 S. State St.<br>10th Floor<br>Chicgao, IL 60603 | $ 50.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to subordinated unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Prepared By: /s/GINA B. KROL_____
                                    Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-14074-JPC
Prototech Engineering, Inc.                                             Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 3           Date Rcvd: Nov 04, 2014
                              Form ID: pdf006           Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2014.
```
db          +Prototech Engineering, Inc.,    411 Rockwell Court,     Burr Ridge, IL 60527-5962
13809461    +AAA Day & Night Express,    P.O Box 250,    Hinsdale, IL 60522-0250
14158650    +AAA Day & Night Express Inc,    PO Box 1090,    Plainfield IL 60544-1090
13809462    +Accelerated Technologies Inc,    Teller Levit & Silvertrust PC,    11 E Adams St #800,
              Chicago IL 60603-6324
13809463    +Aetna Insurance,    97400 Eagle Way,    Chicago, IL 60678-0001
14245092    +Alejandro Amaro,    3601 Timberlake Drive,    Joliet IL 60435-9216
13809465    +American Precision Proto,    19503 East 6th Avenue,     Tulsa, OK 74108-7959
13809467    +Artcraft Plating & Finishing,    76 East Santa Anita Avenue,     Burbank, CA 91502-1923
13809471    +B&B Wholesale Distribution,    5138 West 16th Street,     Cicero, IL 60804-1927
13809472    +Bermag Corporation, Inc.,    2251 State Route 125,     Hickman, KY 42050-6807
13809473    +Bodine Environmental,    605 Fulton Avenue,    Rockford, IL 61103-4183
13809474    +Canon U.S.A., Inc.,    3300 North 1st Avenue,    San Jose, CA 95134-1900
13809476    +Cattaneo Electric Co.,    8171 South Lemont Road,    Darien, IL 60561-1755
13809477    +Chase Auto Finance,    POB 78070,    Phoenix AZ 85062-8070
13887452     Clinkenbeard & Associates Inc,    c/o James O Teeter,     833 N Mail St,    Rockford IL 61103
13809478    +Cochrane Compressor,    4533 West North Avenue,    Melrose Park, IL 60160-1023
13809480    +Conveniently Packaged AD Hesives,     21 Starline Way,    Cranston, RI 02921-3407
14245095    +Craig E Burke,    22048 Pasadena Lane,    Plainfield IL 60544-7090
13809483    +DPSS Lasers,    2525 Walsh Avenue,    Santa Clara, CA 95051-1316
14270909     David J Lewis,    1709 Lake Pointe Ct,    Plainfield IL 60586-5901
13809482     Diversified Financial Group,    11661 Roberts Road,     Suite 104,    Palos Hills, IL 60465
15901140    +Dow Corning Corp,    2200 W Salzburg Rd,    (Mail#C01232),    Auburn MI 48611-9517
13809484     DuPage County,    P.O. Box 4751,    Carol Stream, IL 60197-4751
13809485    +Dynamex Inc,    Attn:Melissa Ponder,    5429 LBJ Freeway #100,    Dallas TX 75240-2647
13809486    +Eager Plastics,    3350 West 48th Place,    Chicago IL 60632-3000
13809487    +Eagle Design,    55 East Roosevelt,    Zeeland, MI 49464-1235
14245093    +Eliasar Amaro,    3041 S St Louis,    Chicago IL 60623-4651
13809488    +Epcor Industrial,    1325 Louis Avenue,    Elk Grove Village, IL 60007-2309
13895416    +Epcor Industrial, Inc.,    c/o Edelstein & Edelstein, P.C.,     3825 West Montrose Ave.,
              Chicago, IL 60618-1016
13809490    +Fine Line Prototypes, Inc,    9310-100 Focal Point,     Raleigh, NC 27617-8754
13809491    +G & W Packaging Product,    4611 West 136th Street,     Crestwood, IL 60445-1980
13809493    +Great American Leasing Co.,    PO Box 609,    Cedar Rapids IA 52406-0609
13809495    +HPL Stampings, Inc.,    c/o David E Zajicek/ Hinshaw & Cul,     4343 Commerce Court, Ste. 415,
              Lisle, IL 60532-0924
13894854    +HPL Stampings, Inc.,    c/o Matthew M. Hevrin,    Hinshaw & Culbertson LLP,    100 Park Avenue,
              Rockford, IL 61101-1099,     (815) 490-4900
13809494    +Heartland Business,    390 Union Boulevard,    Suite 600,    Lakewood, CO 80228-1557
13809496    +Huntsman Advanced,    P.O. Box 13295,    Newark, NJ 07101-3295
13809497    +Illinl Coolant Management,    8011 North Parkside,     Morton Grove, IL 60053-3543
17086473    +Illinois Department of Employment Security,     33 South state Street 10th Floor,
              Chicago, Illinois 60603-2808,     Attn. Amelia Yabes
13809498     Imagetec, L.P.,    8742 Innovation Way,    Chicago, IL 60682-0087
13809499    +Incodema Sales,    407 Cliff Street,    Ithaca, NY 14850-2009
13809500    +Innovative Polymers,    208 Kuntz Road,    Saint Johns, MI 48879-1172
13809502    +J & L Industrial Supply,    1028 Solution Center,    Chicago, IL 60677-1000
13809503    +Joseph Siepka, Accountant,    16521 South 106th Court,     Orland Park, IL 60467-4545
13809505     Lab Source, Inc.,    97400 Eagle Way,    Chicago, IL 60678-9740
13809506     Layko Properties,    100 Shore Drive #2,    Willowbrook IL 60527-5819
13809507    +Marian Chicago,    396 Wegner Drive,    West Chicago, IL 60185-2672
13809508    +McLeod USA,    P.O. Box 3177,    Cedar Rapids, IA 52406-3177
13809511    +NeoMek Engineering,    411 Rockwell Court,    Burr Ridge, IL 60527-5962
13809512    +Newark,    P.O. Box 94151,    Palatine, IL 60094-4151
13809519    +PTE Distribution,    411 Rockwell Court,    Burr Ridge, IL 60527-5962
13809515    +Palmer Packaging, Inc.,    P.O. Box 335,    Addison, IL 60101-0335
13809516    +Par3 Technology, Inc.,    1 Jefferson Avenue,    Suite 205,    Cookeville, TN 38501-3328
13809517    +Pioneer Technologies,    134 South Lorraina Road,    Wheaton, IL 60187-5833
13809518    +Plastruct,    1020 South Wallace Place,    City of Industry, CA 91748-1027
13809520    +Quantum Machine Tool,    1204 Sullivan Road,    Woodstock, IL 60098-7009
13809521     Quick Delivery,    623 Prats Avenue,    Schaumburg, IL 60193
13809524    +Rapid PSI,    1367 S. Anna,    Wichita, KS 67209-2601
13809523    +Rapid Prototype Company,    4141 North Atlantic Boulevard,     Auburn Hills, MI 48326-1570
13809525    +Rapid Solutions,    1186 Combermere,    Troy, MI 48083-2702
13809526    +Resaline, Inc.,    42424 Mound Road,    Sterling Heights, MI 48314-3149
13809527    +Rockford Area Ventures,    605 Fulton Avenue,    Rockford, IL 61103-4199
13809528     Saab Financial Services,    P.O. Box 239,    Memphis, TN 38101-0239
13809530    +Scicon Technologies,    27525 Newhall Ranch Road,    Valencia, CA 91355-4003
13809531    +Sealant Equipment,    P.O. Box 701460,    Plymouth, MI 48170-0965
13809533    +Sharp Products,    2550 South 170th Street,    New Berlin, WI 53151-2706
13809534    +Shavitz Heating and Cooling,    4849 Main Street,    Skokie, IL 60077-2579
13809535    +Staffing Now, Inc.,    200 West Adams Street,    Chicago, IL 60606-5222
13809536    +Star-lite Manufacturing,    735 Nedgewood Avenue,    Wood Dale, IL 60191-1261
13809537    +Technical Products, Inc.,    2415 Gardner Road,    Broadview, IL 60155-3717
```

```
District/off: 0752-1           User: dgomez              Page 2 of 3              Date Rcvd: Nov 04, 2014
                               Form ID: pdf006           Total Noticed: 83


13809539         Trace Laboratories Inc,    Methode Electronics Inc,    attn:Nancy Muklewicz,   7401 W Wilson Ave,
                  Chicago IL 60706-4548
13809541        +Village of Burr Ridge,    7660 County Line Road,    Burr Ridge, IL 60527-4721
14559316        +William T Neary,    United States Trustee,    c/o Dean C Harvalis Assist US Trustee,
                  219 South Dearborn 8th Floor,    Chicago IL 60604-1702
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13887373        +E-mail/Text: bankrup@aglresources.com Nov 05 2014 02:04:04     (NICOR) Northern Illinois Gas,
                  Attention Bankruptcy & Collections,    PO Box 549,   Aurora IL 60507-0549
13809468        +E-mail/Text: g17768@att.com Nov 05 2014 02:04:23     AT&T,    P.O. Box 8100,
                  Aurora, IL 60507-8100
13809469        +E-mail/Text: g20956@att.com Nov 05 2014 02:06:54     AT&T Mobility,    P.O. Box 6463,
                  Carol Stream, IL 60197-6463
13887374        +E-mail/Text: legalcollections@comed.com Nov 05 2014 02:07:00     ComEd Company,
                  Attn Revenue Management Dept,    2100 Swift Drive,   Oak Brook IL 60523-1559
13809481        +E-mail/Text: lflowers@curbell.com Nov 05 2014 02:06:41     Curbell Plastics, Inc.,
                  7 Cobham Drive,    Orchard Park, NY 14127-4180
13809492        +E-mail/Text: scd_bankruptcynotices@grainger.com Nov 05 2014 02:05:24     Grainger,
                  7591 Brush Hill Road,    Burr Ridge, IL 60527-7575
13903322        +E-mail/Text: bk.notifications@jpmchase.com Nov 05 2014 02:05:01     JPMorgan Chase Bank, N.A.,
                  201 N Central Ave, AZ1-1191,    Phoenix, AZ 85004-0073
13887451        +E-mail/Text: shannon.sullivan@windstream.com Nov 05 2014 02:04:39     PAETEC Communications,
                  Attn Shannon Sullivan,    POB 3177,   Cedar Rapids IA 52406-3177
13887371        +E-mail/Text: g17768@att.com Nov 05 2014 02:04:23     SBC c/o At&t,    Bankruptcy Department,
                  PO Box 769,    Arlington TX 76004-0769
13809532        +E-mail/Text: odentracklegal@sentry.com Nov 05 2014 02:04:23     Sentry Insurance,
                  1800 North Point Drive,    Stevens Point, WI 54481-1283
13809540        +E-mail/Text: ulinecollections@uline.com Nov 05 2014 02:06:27     Uline,
                  2200 South Lakeside Drive,    Waukegan, IL 60085-8311
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13809464        American Health & Safety
13809470        Axson
13809475        Capital One, F.S.B.
13809489        Federal Express
13809504        Kevron Printing & Mailing
13809509        MSC Industrial Supply
13809514        On-Hand Adhesives, Inc.
13809538        Thermal-Tech Systems
13809542        XO Communications
13887450*       +Newark,    POB 94151,   Palatine IL 60094-4151
13809466       ##ARC Disposal Company,    P.O. Box 9001822,   Louisville, KY 40290-1822
13809501      ##+Integra machine Tool,    2620 South 162nd Street,   New Berlin, WI 53151-2810
14245094      ##+Matthew C Waite,    418 Circlewater Rd,   New Lenox IL 60451-3600
13809510      ##+National RP Support,    213 SE 16th Street,   Pella, IA 50219-7545
13809522      ##+R.S. Hughes Compnay,    869-B South Rohlwing Road,   Addison, IL 60101-4231
                                                                                    TOTALS: 9, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2014 at the address(es) listed below:
              Darren L Besic    on behalf of Creditor   JP Morgan Chase Bank, N.A. dbesic@aol.com,
               nancy@dbesiclaw.com
              Dean C Harvalis    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               constantine.harvalis@usdoj.gov
```

```
District/off: 0752-1           User: dgomez                 Page 3 of 3                   Date Rcvd: Nov 04, 2014
                               Form ID: pdf006              Total Noticed: 83


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Gina B Krol    on behalf of Accountant Alan D Lasko gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Attorney    Cohen and Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              John J Lynch    on behalf of Debtor    Prototech Engineering, Inc. jlynch@lynch4law.com,
               rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Matthew M. Hevrin    on behalf of Creditor    HPL Stampings, Inc mhevrin@hinshawlaw.com,
               jfornal@hinshawlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard L Hirsh    on behalf of Creditor    Layko Properties, General Partnership
               richala@sbcglobal.net,  rlhpc2@sbcglobal.net
              Whitman H. Brisky    on behalf of Creditor    NeoMek, Inc. wbrisky@mauckbaker.com,
               WHBCourt@mauckbaker.com;raguilan@mauckbaker.com
              William J Connelly    on behalf of Creditor    HPL Stampings, Inc wconnelly@hinshawlaw.com
              Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 15
```