# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re: § 
§ 
PROTOTECH ENGINEERING, INC. §    Case No. 09-14074 JPC
§ 
       Debtor § 

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 200,979.50 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 9,169.75 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 45,536.39 | |

3) Total gross receipts of $ 54,706.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 54,706.14 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 132,763.32 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 19,031.96 | 19,031.96 | 16,431.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 31,906.78 | 31,906.78 | 29,104.43 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 93.16 | 93.16 | 93.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 368,854.65 | 686,196.34 | 686,196.34 | 9,076.59 |
| **TOTAL DISBURSEMENTS** | $ 501,617.97 | $ 737,228.24 | $ 737,228.24 | $ 54,706.14 |

4)  This case was originally filed under chapter 11 on  04/21/2009 , and it was converted to chapter 7 on  08/12/2009 .  The case was pending for 78 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/05/2016                    By:/s/GINA B. KROL
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Business assets | 1129-000 | 51,748.46 |
| Refund of Copy Charge | 1180-000 | 171.00 |
| Insurance Refund | 1229-000 | 2,754.66 |
| Post-Petition Interest Deposits | 1270-000 | 32.02 |
| **TOTAL GROSS RECEIPTS** | | **$ 54,706.14** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Great American Leasing Co. | | 1,987.32 | NA | NA | 0.00 |
| | Layko Properties | | 129,435.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Saab Financial Services LLC | | 0.00 | NA | NA | 0.00 |
| 10 | JP MORGAN CHASE BANK | 4210-000 | 1,341.00 | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 132,763.32 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 5,985.31 | 5,985.31 | 5,985.31 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 163.34 | 163.34 | 163.34 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 35.77 | 35.77 | 35.77 |
| ASSOCIATED BANK | 2600-000 | NA | 1,437.48 | 1,437.48 | 1,437.48 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 654.94 | 654.94 | 654.94 |
| OFFICE OF US TRUSTEE | 2950-000 | NA | 2,600.00 | 2,600.00 | 0.00 |
| ILLINOIS DEPT. OF REVENUE | 2990-000 | NA | 15.00 | 15.00 | 15.00 |
| US DEPARTMENT OF TREASURY | 2990-000 | NA | 171.00 | 171.00 | 171.00 |
| COHEN & KROL | 3110-000 | NA | 3,370.66 | 3,370.66 | 3,370.66 |
| GINA B. KROL | 3110-000 | NA | 1,685.34 | 1,685.34 | 1,685.34 |
| COHEN & KROL | 3120-000 | NA | 57.24 | 57.24 | 57.24 |
| ALAN LASKO | 3410-000 | NA | 2,846.60 | 2,846.60 | 2,846.60 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN LASKO | 3420-000 | NA | 9.28 | 9.28 | 9.28 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 19,031.96 | $ 19,031.96 | $ 16,431.96 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERMAG CORPORATION | 6910-000 | NA | 1,659.50 | 1,659.50 | 1,659.50 |
| EAGER PLASTICS | 6910-000 | NA | 3,040.69 | 3,040.69 | 1,917.26 |
| ALEJANDRO AMARO | 6950-720 | NA | 2,237.50 | 2,237.50 | 1,551.71 |
| CRAIG E. BURKE | 6950-720 | NA | 1,602.28 | 1,602.28 | 1,111.80 |
| DAVID J. LEWIS | 6950-720 | NA | 840.00 | 840.00 | 582.55 |
| EILASAR AMARO | 6950-720 | NA | 800.00 | 800.00 | 554.80 |
| IDES | 6950-730 | NA | 372.63 | 372.63 | 372.63 |
| ILLINOIS DEPARTMENT OF REVENUE | 6950-730 | NA | 164.40 | 164.40 | 164.40 |
| ILLINOIS DEPT. OF EMPLOYMENT SECURI | 6950-730 | NA | 16,711.60 | 16,711.60 | 16,711.60 |
| INTERNAL REVENUE SERVICE | 6950-730 | NA | 1,978.18 | 1,978.18 | 1,978.18 |
| MATTHEW C. WAITE | 6990-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 31,906.78 | $ 31,906.78 | $ 29,104.43 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 40 | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 5800-000 | NA | 93.16 | 93.16 | 93.16 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 93.16 | $ 93.16 | $ 93.16 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARC Disposal Company | | 116.31 | NA | NA | 0.00 |
| | AT & T Mobility | | 325.40 | NA | NA | 0.00 |
| | AT&T | | 29.29 | NA | NA | 0.00 |
| | Aetna Insurance | | 12,368.00 | NA | NA | 0.00 |
| | American Health & Safety | | 99.00 | NA | NA | 0.00 |
| | American Precision Proto | | 1,084.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Artcraft Plating & Finishing | | 600.00 | NA | NA | 0.00 |
| | Axson | | 306.63 | NA | NA | 0.00 |
| | B&B Wholesale Distribution | | 151.90 | NA | NA | 0.00 |
| | Bermag Corporation | | 1,583.40 | NA | NA | 0.00 |
| | Bodine Environmental | | 4,872.11 | NA | NA | 0.00 |
| | Canon USA | | 181.98 | NA | NA | 0.00 |
| | Capital One FSB | | 2,416.51 | NA | NA | 0.00 |
| | Cattaneo Electric Co. | | 231.50 | NA | NA | 0.00 |
| | Clinkenbeard & Associates | | 11,533.84 | NA | NA | 0.00 |
| | Comed | | 121.78 | NA | NA | 0.00 |
| | Conveniently Packaged Adhesives | | 78.00 | NA | NA | 0.00 |
| | DPSS Lasers | | 5,000.00 | NA | NA | 0.00 |
| | Diversified Financial Group | | 78.00 | NA | NA | 0.00 |
| | Diversified Financial Group | | 121.40 | NA | NA | 0.00 |
| | DuPage County | | 11.47 | NA | NA | 0.00 |
| | Federal Express | | 12.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | G&W Packaging Product | | 488.65 | NA | NA | 0.00 |
| | Grainger | | 610.59 | NA | NA | 0.00 |
| | Heartland Business | | 6,000.00 | NA | NA | 0.00 |
| | Huntsman Advanced | | 2,524.90 | NA | NA | 0.00 |
| | Illini Coolant Management | | 437.89 | NA | NA | 0.00 |
| | Imagetec LP | | 168.00 | NA | NA | 0.00 |
| | Innovative Polymers | | 1,204.26 | NA | NA | 0.00 |
| | J&L Industrial Supply | | 228.04 | NA | NA | 0.00 |
| | Kevron Printing & Mailing | | 127.04 | NA | NA | 0.00 |
| | Lab Source Inc. | | 218.00 | NA | NA | 0.00 |
| | MSC Industrial Supply | | 202.25 | NA | NA | 0.00 |
| | Marian Chicago | | 6,000.88 | NA | NA | 0.00 |
| | McLeod USA | | 1,173.00 | NA | NA | 0.00 |
| | NeoMek Engineering | | 15,865.00 | NA | NA | 0.00 |
| | Newark | | 19.99 | NA | NA | 0.00 |
| | Nicor Gas | | 1,506.23 | NA | NA | 0.00 |
| | On-Hand Adhesives | | 5.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PTE Distribution | | 33,811.75 | NA | NA | 0.00 |
| | Paetic Communications | | 0.00 | NA | NA | 0.00 |
| | Palmer Packaging | | 256.83 | NA | NA | 0.00 |
| | Par3 Technology Inc. | | 331.87 | NA | NA | 0.00 |
| | Pioneer Technologies | | 1,000.00 | NA | NA | 0.00 |
| | Quantum Machine Tool | | 547.50 | NA | NA | 0.00 |
| | Quick Delivery | | 433.86 | NA | NA | 0.00 |
| | Rapid PSI | | 2,754.30 | NA | NA | 0.00 |
| | Rapid Prototype Company | | 1,522.00 | NA | NA | 0.00 |
| | Rapid Solutions | | 300.00 | NA | NA | 0.00 |
| | Resaline Inc. | | 751.39 | NA | NA | 0.00 |
| | SBC | | 64.69 | NA | NA | 0.00 |
| | Scicon Technologies | | 3,240.00 | NA | NA | 0.00 |
| | Sealant Equipment | | 88.11 | NA | NA | 0.00 |
| | Sentry Insurance | | 3,965.36 | NA | NA | 0.00 |
| | Sharp Products | | 778.36 | NA | NA | 0.00 |
| | Shavitz Heating & Cooling | | 207.76 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Star-Lite Manufacturing | | 510.00 | NA | NA | 0.00 |
| | Technical Products | | 762.00 | NA | NA | 0.00 |
| | Thermal-Tech Systems | | 59.45 | NA | NA | 0.00 |
| | Village of Burr Ridge | | 35.77 | NA | NA | 0.00 |
| | XO Communications | | 15.95 | NA | NA | 0.00 |
| 9 | AAA DAY & NIGHT EXPRESS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 14 | CURBELL PLASTICS INC. | 7100-000 | 5,097.14 | 5,097.14 | 5,097.14 | 86.30 |
| 2 | EAGER PLASTICS | 7100-000 | 3,689.50 | 3,521.80 | 3,521.80 | 59.62 |
| 3 | EAGLE DESIGN | 7100-000 | 6,760.00 | 6,760.00 | 6,760.00 | 114.45 |
| 16 | FINE LINE PROTOTYPES, INC. | 7100-000 | 7,691.00 | 7,691.00 | 7,691.00 | 130.21 |
| 6 | GREAT AMERICAN LEASING CO. | 7100-000 | NA | 3,684.18 | 3,684.18 | 62.37 |
| 7 | HPL STAMPING INC. | 7100-000 | 170,000.00 | 180,719.86 | 180,719.86 | 3,059.75 |
| 24 | JOSEPH SIEPKA | 7100-000 | 450.00 | 3,900.00 | 3,900.00 | 66.03 |
| 36 | LAYKO PROPERTIES | 7100-000 | NA | 268,772.27 | 268,772.27 | 4,550.55 |
| 5 | LAYKO PROPERTIES | 7100-000 | NA | 131,529.40 | 131,529.40 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | ROCKFORD AREA VENTURES | 7100-000 | NA | 3,316.05 | 3,316.05 | 56.14 |
| 31 | ROCKFORD AREA VENTURES | 7100-000 | 3,244.41 | 3,316.05 | 3,316.05 | 0.00 |
| 12 | STAFFING NOW, INC. | 7100-000 | 4,898.56 | 4,898.56 | 4,898.56 | 82.94 |
| 19 | AAA DAY & NIGHT EXPRESS | 7100-001 | 92.50 | 92.50 | 92.50 | 1.57 |
| 13 | ACCELERATED TECHNOLOGIES, INC. | 7100-001 | 13,469.00 | 24,463.54 | 24,463.54 | 414.19 |
| 17 | COCHRANE COMPRESSOR | 7100-001 | 532.78 | 452.78 | 452.78 | 7.67 |
| 33 | DYNAMEX INC. | 7100-001 | 771.48 | 771.78 | 771.78 | 13.06 |
| 8 | EPCOR INDUSTRIAL INC. | 7100-001 | 2,982.00 | 2,831.00 | 2,831.00 | 47.94 |
| 11 | INCODEMA SALES | 7100-001 | 10,868.60 | 10,868.60 | 10,868.60 | 184.02 |
| 23 | INTEGRA MACHINE TOOL | 7100-001 | 2,904.40 | 4,177.58 | 4,177.58 | 70.73 |
| 22 | NATIONAL RP SUPPORT | 7100-001 | 1,500.00 | 1,500.00 | 1,500.00 | 25.40 |
| 21 | PLASTRUCT | 7100-001 | 51.81 | 51.81 | 51.81 | 0.88 |
| 1 | RS HUGHES COMPANY | 7100-001 | 1,097.92 | 1,097.92 | 1,097.92 | 18.59 |
| 32 | TRACE LABORATORIES, INC. | 7100-001 | 3,042.00 | 1,300.00 | 1,300.00 | 22.01 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | ULINE | 7100-001 | 172.36 | 128.42 | 128.42 | 2.17 |
| 37 | DOW CORNING CORP. | 7200-000 | NA | 15,204.10 | 15,204.10 | 0.00 |
| 40 | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 7300-000 | NA | 50.00 | 50.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 368,854.65 | $ 686,196.34 | $ 686,196.34 | $ 9,076.59 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 09-14074 | JPC | Judge: JACQUELINE P. COX |
| Case Name: | PROTOTECH ENGINEERING, INC. | | |

For Period Ending: 01/05/16

Trustee Name:   GINA B. KROL
Date Filed (f) or Converted (c):   08/12/09 (c)
341(a) Meeting Date:   09/09/09
Claims Bar Date:   12/14/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Business assets<br>  Per sale order in Chapter 11 proceeding, prior to conversion | 0.00 | 51,748.46 | | 51,748.46 | FA |
| 2. Insurance Refund (u) | 0.00 | 2,754.66 | | 2,754.66 | FA |
| 3. Refund of Copy Charge | 0.00 | 171.00 | | 171.00 | FA |
| 4. Cash (u) | 100.00 | 0.00 | | 0.00 | FA |
| 5. BANK ACCONTS (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. BANK ACCONTS (u) | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Security Deposit (u) | 17,498.00 | 0.00 | | 0.00 | FA |
| 8. A/R (u) | 119,461.50 | 0.00 | | 0.00 | FA |
| 9. leased vehicles (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10. OFFICE EQUIPMENT (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY (u) | 35,000.00 | 0.00 | | 0.00 | FA |
| 12. Inventory (u) | 22,920.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 32.02 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $200,979.50   $54,674.12   $54,706.14   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is working up TDR

September 7, 2015, 11:22 am

Trustee submitted TFR to UST for review

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-14074    JPC    Judge: JACQUELINE P. COX | Trustee Name:    GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | Date Filed (f) or Converted (c):    08/12/09 (c) |
| | | 341(a) Meeting Date:    09/09/09 |
| | | Claims Bar Date:    12/14/09 |

October 6, 2014, 03:38 pm

Trustee's accountant has prepared tax returns and they have been filed but there is an issue with the tax id number used
by the debtor. Accountant is working with taxing authorities to clear up the problem. Trustee to review claims and
prepare TRF.

October 17, 2013, 02:36 pm

Initial Projected Date of Final Report (TFR): 12/31/10         Current Projected Date of Final Report (TFR): 12/31/14

/s/    GINA B. KROL

_____    Date: 01/05/16

GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1

Exhibit 9

| Case No: | 09-14074  -JPC | | Trustee Name: | GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0212  Checking Account |
| Taxpayer ID No: | *******2660 | | | |
| For Period Ending: | 01/05/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 946.60 | | 946.60 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 46,311.68 | | 47,258.28 |
| 10/09/12 | 3 | Dept. of Treasury | Refund of copy charge | 1180-000 | 171.00 | | 47,429.28 |
| | | Internal Revenue Service | | | | | |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.13 | 47,400.15 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.17 | 47,369.98 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.20 | 47,340.78 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.16 | 47,310.62 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.33 | 47,240.29 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 40.94 | 47,199.35 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.42 | 47,135.93 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.08 | 47,065.85 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.71 | 46,998.14 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.87 | 46,928.27 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.52 | 46,860.75 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.67 | 46,791.08 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.57 | 46,721.51 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.23 | 46,654.28 |
| 10/31/13 | 030002 | Alan Lasko | Accountant Fees per Court Order | 3410-000 | | 2,846.60 | 43,807.68 |
| | | 120 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 10/31/13 | 030003 | Alan Lasko | Accountant Expenes per Court Order | 3420-000 | | 9.28 | 43,798.40 |
| | | 120 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.36 | 43,729.04 |

Ver: 19.05a

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-14074  -JPC |
|---|---|
| Case Name: | PROTOTECH ENGINEERING, INC. |

Taxpayer ID No: *******2660
For Period Ending: 01/05/16

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0212  Checking Account |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.88 | 43,665.16 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.91 | 43,600.25 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.82 | 43,535.43 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.46 | 43,476.97 |
| 04/01/14 | 030004 | International Sureties Ltd. | BOND | 2300-000 | | 38.32 | 43,438.65 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.64 | 43,374.01 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.42 | 43,311.59 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.39 | 43,247.20 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.22 | 43,184.98 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.21 | 43,120.77 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.11 | 43,056.66 |
| 12/04/14 | 030005 | Cohen & Krol | Final Distribution | 3110-000 | | 3,370.66 | 39,686.00 |
| | | 105 W. Madison St. | Attorneys Fees per Court Order | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 12/04/14 | 030006 | Cohen & Krol | Final Distribution | 3120-000 | | 57.24 | 39,628.76 |
| | | 105 W. Madison St. | Attorneys Expenes per Court Order | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 12/04/14 | 030007 | Gina B. Krol | Final Distribution | 2100-000 | | 5,985.31 | 33,643.45 |
| | | 105 W. Madison St. | Trustee's Fees per Court Order | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 12/04/14 | 030008 | Gina B. Krol | Final Distribution | 3110-000 | | 1,685.34 | 31,958.11 |
| | | 105 W. Madison St. | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 12/04/14 | 030009 | Bermag Corporation | Final Distribution | 6910-000 | | 1,659.50 | 30,298.61 |

Ver: 19.05a

FORM 2                                                                                          Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-14074  -JPC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PROTOTECH ENGINEERING, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0212  Checking Account |
| Taxpayer ID No: | *******2660 | | | |
| For Period Ending: | 01/05/16 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2251 State Route 125 | | | | | |
| | | Hickman, KY  42050 | | | | | |
| 12/04/14 | 030010 | Matthew C. Waite | Final Distribution | 6990-000 | | 2,500.00 | 27,798.61 |
| | | 418 Clearwater Rd. | | | | | |
| | | New Lenox,, IL 60451 | | | | | |
| 12/04/14 | 030011 | Eager Plastics | Final Distribution | 6910-000 | | 1,917.26 | 25,881.35 |
| | | 3350 W. 48th Place | | | | | |
| | | Chicago, IL 60632 | | | | | |
| 12/04/14 | 030012 | Illinois Dept. of Employment Security | Final Distribution | 6950-730 | | 16,571.60 | 9,309.75 |
| | | 33 S. State St. | | | | | |
| | | 10th Floor | | | | | |
| | | Chicgao, IL 60603 | | | | | |
| 12/04/14 | 030013 | Illinois Dept. of Employment Security | Final Distribution | 6950-730 | | 140.00 | 9,169.75 |
| | | 33 S. State St. | | | | | |
| | | 10th Floor | | | | | |
| | | Chicgao, IL 60603 | | | | | |
| 12/04/14 | 030014 | Illinois Dept. of Employment Security | Final Distribution | 5800-000 | | 93.16 | 9,076.59 |
| | | 33 S. State St. | | | | | |
| | | 10th Floor | | | | | |
| | | Chicgao, IL 60603 | | | | | |
| * 12/04/14 | 030015 | RS Hughes Company | Final Distribution | 7100-003 | | 15.15 | 9,061.44 |
| | | 869-B South Rohlwing Rd. | | | | | |
| | | Addison, IL 60101 | | | | | |
| 12/04/14 | 030016 | Incodema Sales | Final Distribution | 7100-000 | | 149.98 | 8,911.46 |
| | | 407 Cliff Street | | | | | |
| | | Ithaca, NY  14850 | | | | | |
| 12/04/14 | 030017 | Staffing Now, Inc. | Final Distribution | 7100-000 | | 67.60 | 8,843.86 |
| | | 200 W. Adams St. | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 12/04/14 | 030018 | Accelerated Technologies, Inc. | Final Distribution | 7100-000 | | 337.57 | 8,506.29 |
| | | Teller, Levit & Silvertrust PC | | | | | |

FORM 2                                                                                          Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-14074 -JPC |
| Case Name: | PROTOTECH ENGINEERING, INC. |
| | |
| Taxpayer ID No: | *******2660 |
| For Period Ending: | 01/05/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0212  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 11 E. Adams St., #800 Chicago, IL 60603 | | | | | |
| | 12/04/14 | 030019 | Curbell Plastics Inc. 7 Cobham Dr. Orchard Park, NY  14127 | Final Distribution | 7100-000 | | 70.34 | 8,435.95 |
| | 12/04/14 | 030020 | Fine Line Prototypes, Inc. 9310-100 Focal Point Raleigh, NC  27617 | Final Distribution | 7100-000 | | 106.13 | 8,329.82 |
| * | 12/04/14 | 030021 | Cochrane Compressor 4533 W. North Ave. Melrose Park, IL 60160 | Final Distribution | 7100-003 | | 6.25 | 8,323.57 |
| | 12/04/14 | 030022 | Eager Plastics 3350 W. 48th Place Chicago, IL60632 | Final Distribution | 7100-000 | | 48.60 | 8,274.97 |
| | 12/04/14 | 030023 | Rockford Area Ventures 605 Fulton Ave. Rockford, IL 61103 | Final Distribution | 7100-000 | | 45.76 | 8,229.21 |
| * | 12/04/14 | 030024 | National RP Support 213 SE 16th St. Pella, IA  50219 | Final Distribution | 7100-003 | | 20.70 | 8,208.51 |
| * | 12/04/14 | 030025 | Integra Machine Tool 2620 S. 162nd St. New Berlin, WI 53151 | Final Distribution | 7100-003 | | 57.65 | 8,150.86 |
| | 12/04/14 | 030026 | Joseph Siepka 16521 South 106th Court Orland Park, IL 60467 | Final Distribution | 7100-000 | | 53.82 | 8,097.04 |
| | 12/04/14 | 030027 | Eagle Design 55 E. Roosevelt Zeeland, MI  49464 | Final Distribution | 7100-000 | | 93.28 | 8,003.76 |
| | 12/04/14 | 030028 | Trace Laboratories, Inc. Methode Electronics Inc. | Final Distribution | 7100-000 | | 17.94 | 7,985.82 |

FORM 2                                                                                                                                    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-14074 -JPC | Trustee Name: | GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0212  Checking Account |
| Taxpayer ID No: | *******2660 | | |
| For Period Ending: | 01/05/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 12/04/14 | 030029 | Attn: Nancy Muklewicz 7401 W. Wilson Ave. Chicago, IL 60706 Dynamex Inc. Attn: Melissa Ponder 5429 LBJ Freeway #100 Dallas, TX 75240 | Final Distribution | 7100-003 | | 10.65 | 7,975.17 |
| | 12/04/14 | 030030 | Layko Properties 100 Shore Drive #2 Willowbrook, IL 60527 | Final Distribution | 7100-000 | | 3,708.82 | 4,266.35 |
| | 12/04/14 | 030031 | Great American Leasing Co. PO Box 609 Cedar Rapids, IA  52406 | Final Distribution | 7100-000 | | 50.84 | 4,215.51 |
| | 12/04/14 | 030032 | HPL Stamping Inc. c/o Matthew M. Hervin HINSHAW & CULBERTSON LLP 100 Park Ave. Rockford, IL 61101 | Final Distribution | 7100-000 | | 2,493.78 | 1,721.73 |
| * | 12/04/14 | 030033 | Epcor Industrial Inc. c/o Edelstein & Edelstein PC 3825 W. Montrose Ave. Chicago, IL 60618 | Final Distribution | 7100-003 | | 39.06 | 1,682.67 |
| | 12/04/14 | 030034 | United States Bankruptcy Court IL | REMITTED TO COURT DIVIDENDS REMITTED TO THE COURT | | | 3.75 | 1,678.92 |

| ITEM # | CLAIM # | DIVIDEND | |
|---|---|---|---|
| 30 | 4 | 1.77 | 7100-001 |
| 41 | 19 | 1.27 | 7100-001 |
| 43 | 21 | 0.71 | 7100-001 |

| | 02/09/15 | 030035 | Incodema Sales 407 Cliff Street | Supplemental Distribution | 7100-003 | | 34.04 | 1,644.88 |

LFORM2T4
**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

Ver: 19.05a

FORM 2                                                                                                                    Page:  6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-14074  -JPC | |
| Case Name: | PROTOTECH ENGINEERING, INC. | |
| Taxpayer ID No: | *******2660 | |
| For Period Ending: | 01/05/16 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0212  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Ithaca, NY  14850 | | | | |
| 02/09/15 | 030036 | Staffing Now, Inc.<br>200 W. Adams St.<br>Chicago, IL 60606 | Supplemental Distribution | 7100-000 | | 15.34 | 1,629.54 |
| * 02/09/15 | 030037 | Accelerated Technologies, Inc.<br>Teller, Levit & Silvertrust PC<br>11 E. Adams St., #800<br>Chicago, IL 60603 | Supplemental Distribution | 7100-003 | | 76.62 | 1,552.92 |
| 02/09/15 | 030038 | Curbell Plastics Inc.<br>7 Cobham Dr.<br>Orchard Park, NY  14127 | Supplemental Distribution | 7100-000 | | 15.96 | 1,536.96 |
| 02/09/15 | 030039 | Fine Line Prototypes, Inc.<br>9310-100 Focal Point<br>Raleigh, NC  27617 | Supplemental Distribution | 7100-000 | | 24.08 | 1,512.88 |
| 02/09/15 | 030040 | Eager Plastics<br>3350 W. 48th Place<br>Chicago, IL60632 | Supplemental Distribution | 7100-000 | | 11.02 | 1,501.86 |
| 02/09/15 | 030041 | Rockford Area Ventures<br>605 Fulton Ave.<br>Rockford, IL 61103 | Supplemental Distribution | 7100-000 | | 10.38 | 1,491.48 |
| * 02/09/15 | 030042 | Integra Machine Tool<br>2620 S. 162nd St.<br>New Berlin, WI 53151 | Supplemental Distribution | 7100-003 | | 13.08 | 1,478.40 |
| 02/09/15 | 030043 | Joseph Siepka<br>16521 South 106th Court<br>Orland Park, IL 60467 | Supplemental Distribution | 7100-000 | | 12.21 | 1,466.19 |
| 02/09/15 | 030044 | Eagle Design<br>55 E. Roosevelt<br>Zeeland, MI  49464 | Supplemental Distribution | 7100-000 | | 21.17 | 1,445.02 |
| 02/09/15 | 030045 | Layko Properties<br>100 Shore Drive #2 | Supplemental Distribution | 7100-000 | | 841.73 | 603.29 |

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-14074 -JPC | |
| Case Name: | PROTOTECH ENGINEERING, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******2660 |
| For Period Ending: | 01/05/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0212 Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Willowbrook, IL 60527 | | | | | | | |
| 02/09/15 | 030046 | Great American Leasing Co. PO Box 609 Cedar Rapids, IA 52406 | Supplemental Distribution | | | 7100-000 | | 11.53 | 591.76 |
| 02/09/15 | 030047 | HPL Stamping Inc. c/o Matthew M. Hervin HINSHAW & CULBERTSON LLP 100 Park Ave. Rockford, IL 61101 | Supplemental Distribution | | | 7100-000 | | 565.97 | 25.79 |
| 02/09/15 | 030048 | Epcor Industrial Inc. c/o Edelstein & Edelstein PC 3825 W. Montrose Ave. Chicago, IL 60618 | Supplemental Distribution | | | 7100-000 | | 8.88 | 16.91 |
| 02/09/15 | 030049 | United States Bankruptcy Court IL | REMITTED TO COURT DIVIDENDS REMITTED TO THE COURT | | | | | 16.91 | 0.00 |
| | | | ITEM # | CLAIM # | DIVIDEND | | | | |
| | | | ========= | ========= | ========= | | | | |
| | | | 14 | 32 | 4.07 | 7100-001 | | | |
| | | | 15 | 33 | 2.41 | 7100-001 | | | |
| | | | 25 | 1 | 3.44 | 7100-001 | | | |
| | | | 30 | 4 | 0.40 | 7100-001 | | | |
| | | | 39 | 17 | 1.42 | 7100-001 | | | |
| | | | 41 | 19 | 0.30 | 7100-001 | | | |
| | | | 43 | 21 | 0.17 | 7100-001 | | | |
| | | | 44 | 22 | 4.70 | 7100-001 | | | |
| * 04/27/15 | 030015 | RS Hughes Company 869-B South Rohlwing Rd. Addison, IL 60101 | Final Distribution | | | 7100-003 | | -15.15 | 15.15 |
| * 04/27/15 | 030021 | Cochrane Compressor 4533 W. North Ave. Melrose Park, IL 60160 | Final Distribution | | | 7100-003 | | -6.25 | 21.40 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit 9

| Case No: | 09-14074  -JPC | Trustee Name: | GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0212  Checking Account |
| Taxpayer ID No: | *******2660 | | |
| For Period Ending: | 01/05/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 04/27/15 | 030024 | National RP Support<br>213 SE 16th St.<br>Pella, IA  50219 | Final Distribution | 7100-003 | | -20.70 | 42.10 |
| * 04/27/15 | 030025 | Integra Machine Tool<br>2620 S. 162nd St.<br>New Berlin, WI 53151 | Final Distribution | 7100-003 | | -57.65 | 99.75 |
| * 04/27/15 | 030029 | Dynamex Inc.<br>Attn: Melissa Ponder<br>5429 LBJ Freeway #100<br>Dallas, TX 75240 | Final Distribution | 7100-003 | | -10.65 | 110.40 |
| * 04/27/15 | 030033 | Epcor Industrial Inc.<br>c/o Edelstein & Edelstein PC<br>3825 W. Montrose Ave.<br>Chicago, IL 60618 | Final Distribution | 7100-003 | | -39.06 | 149.46 |
| * 04/27/15 | 030035 | Incodema Sales<br>407 Cliff Street<br>Ithaca, NY  14850 | Supplemental Distribution | 7100-003 | | -34.04 | 183.50 |
| * 04/27/15 | 030037 | Accelerated Technologies, Inc.<br>Teller, Levit & Silvertrust PC<br>11 E. Adams St., #800<br>Chicago, IL 60603 | Supplemental Distribution | 7100-003 | | -76.62 | 260.12 |
| * 04/27/15 | 030042 | Integra Machine Tool<br>2620 S. 162nd St.<br>New Berlin, WI 53151 | Supplemental Distribution | 7100-003 | | -13.08 | 273.20 |
| 04/27/15 | 030050 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Unclaimed Funds<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #   CLAIM #      DIVIDEND<br>=================================<br>25          1           15.15<br>39         17            6.25<br>44         22           20.70 | <br><br><br><br>7100-001<br>7100-001<br>7100-001 | | 260.12 | 13.08 |

Ver: 19.05a

FORM 2                                                                                                              Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                  Exhibit 9

| | |
|---|---|
| Case No: | 09-14074 -JPC |
| Case Name: | PROTOTECH ENGINEERING, INC. |
| Taxpayer ID No: | *******2660 |
| For Period Ending: | 01/05/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0212 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 45 | 23 | 57.65 | 7100-001 | | | |
| | | | 15 | 33 | 10.65 | 7100-001 | | | |
| | | | 28 | 8 | 39.06 | 7100-001 | | | |
| | | | 33 | 11 | 34.04 | 7100-001 | | | |
| | | | 35 | 13 | 76.62 | 7100-001 | | | |
| 04/27/15 | 030051 | Clerk of US Bankruptcy Court | Unclaimed Funds | | | 7100-000 | | 13.08 | 0.00 |
| | | 219 S. Dearborn St. | | | | | | | |
| | | 7th Floor | | | | | | | |
| | | Chicago, IL 60604 | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account  *******0212 | | Balance Forward | 0.00 | | | | |
| | 1 | Deposits | 171.00 | 60 | Checks | 45,991.80 | |
| | 0 | Interest Postings | 0.00 | 24 | Adjustments Out | 1,437.48 | |
| | | | | 0 | Transfers Out | 0.00 | |
| | | Subtotal | $ 171.00 | | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 47,429.28 | |
| | 2 | Transfers In | 47,258.28 | | | | |
| | | Total | $ 47,429.28 | | | | |

LFORM2T4 **UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*                                                Ver: 19.05a

Page: 10

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 09-14074 -JPC | |
| Case Name: | PROTOTECH ENGINEERING, INC. | |
| | | |
| Taxpayer ID No: | *******2660 | |
| For Period Ending: | 01/05/16 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9912  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/02/09 | 1 | John Lynch | Proceeds of sale | 1129-000 | 51,748.46 | | 51,748.46 |
| | | Client Trust Fund Account | | | | | |
| 09/02/09 | 2 | Sentry Insurance | Insurance Refund | 1229-000 | 2,754.66 | | 54,503.12 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 1.26 | | 54,504.38 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.31 | | 54,506.69 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.24 | | 54,508.93 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.31 | | 54,511.24 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.31 | | 54,513.55 |
| 02/02/10 | | Transfer to Acct #*******0037 | Bank Funds Transfer | 9999-000 | | 7,500.00 | 47,013.55 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 47,014.71 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.21 | | 47,015.92 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 47,017.08 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 47,018.27 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 47,019.44 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 47,020.63 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.21 | | 47,021.84 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 47,023.00 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 47,024.19 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 47,025.36 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 47,026.56 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 47,027.76 |
| 02/07/11 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 40.87 | 46,986.89 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 46,987.25 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,987.65 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 46,988.03 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,988.43 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,988.82 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   11

Exhibit 9

| Case No: | 09-14074 -JPC | Trustee Name: | GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9912  BofA - Money Market Account |

| Taxpayer ID No: | *******2660 | | |
| For Period Ending: | 01/05/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,989.21 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,989.61 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,990.00 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,990.40 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 59.86 | 46,930.54 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,930.93 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 57.86 | 46,873.07 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,873.47 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 57.79 | 46,815.68 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,816.08 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 61.40 | 46,754.68 |
| 02/06/12 | 000302 | International Sureties | BOND | 2300-000 | | 43.21 | 46,711.47 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 46,711.84 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 55.54 | 46,656.30 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,656.69 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 57.36 | 46,599.33 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 46,599.71 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 59.20 | 46,540.51 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,540.90 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 59.13 | 46,481.77 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 46,482.15 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 55.24 | 46,426.91 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,427.31 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 60.89 | 46,366.42 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.37 | | 46,366.79 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 55.11 | 46,311.68 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-14074  -JPC |
| Case Name: | PROTOTECH ENGINEERING, INC. |
| Taxpayer ID No: | *******2660 |
| For Period Ending: | 01/05/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9912  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | DALLAS, TX  75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 46,311.68 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account | *******9912 | | Balance Forward | 0.00 | | | |
| | | 2 | Deposits | 54,503.12 | 2 | Checks | 84.08 |
| | | 36 | Interest Postings | 32.02 | 11 | Adjustments Out | 639.38 |
| | | | | | 2 | Transfers Out | 53,811.68 |
| | | | Subtotal | $  54,535.14 | | | |
| | | | | | | Total | $  54,535.14 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $  54,535.14 | | | |

Ver: 19.05a

Page:   13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-14074 -JPC | | Trustee Name: | GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0037  BofA - Checking Account |
| Taxpayer ID No: | *******2660 | | | |
| For Period Ending: | 01/05/16 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/02/10 | | Transfer from Acct #*******9912 | Bank Funds Transfer | 9999-000 | 7,500.00 | | 7,500.00 |
| 02/02/10 | 003001 | Alejandro Amaro | Post-Petition wages per court order | 6950-720 | | 1,551.71 | 5,948.29 |
| | | | Balance of $685.79 being withheld for payroll taxes | | | | |
| 02/02/10 | 003002 | Eliasar Amaro | Post-Petition Wages per court order | 6950-720 | | 554.80 | 5,393.49 |
| 02/02/10 | 003003 | Craig E. Burke | Post-Petition Wages per court order | 6950-720 | | 1,111.80 | 4,281.69 |
| 02/02/10 | 003004 | David J. Lewis | Post-Petition wages per court order | 6950-720 | | 582.55 | 3,699.14 |
| 02/02/10 | 003005 | Illinois Department of Employment Security | Employee taxes on admin wages | 6950-730 | | 372.63 | 3,326.51 |
| 02/02/10 | 003006 | Illinois Department of Revenue | Illinois withholding on admin wages | 6950-730 | | 164.40 | 3,162.11 |
| 02/02/10 | 003007 | Internal Revenue Service United States Treasury | Trustee matching payroll taxes Federal Withholding  1095.95 Social Security      679.48 Medicare            158.91 | 6950-730 | | 1,934.34 | 1,227.77 |
| 02/02/10 | 003008 | Internal Revenue Service Department of Treasury | FUTA liability | 6950-730 | | 43.84 | 1,183.93 |
| 02/09/10 | 003009 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 35.77 | 1,148.16 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.46 | 1,146.70 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.41 | 1,145.29 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.41 | 1,143.88 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.50 | 1,142.38 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.36 | 1,141.02 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.40 | 1,139.62 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.45 | 1,138.17 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.45 | 1,136.72 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.35 | 1,135.37 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.49 | 1,133.88 |
| 08/14/12 | 003010 | Illinois Dept. of Revenue | Copy fee for pre-petition tax retur | 2990-000 | | 15.00 | 1,118.88 |

Ver: 19.05a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   14

Exhibit 9

| Case No: | 09-14074  -JPC |
|---|---|
| Case Name: | PROTOTECH ENGINEERING, INC. |
| Taxpayer ID No: | *******2660 |
| For Period Ending: | 01/05/16 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0037  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Records Management Division 2.202 PO Box 19014 Springfield, IL  62794-9014 | | | | | |
| 08/14/12 | 003011 | US Department of Treasury c/o Raivs Team Stop 37  106 Fresno, CA  93888 | Copy fee for pre-petition tax retur | 2990-000 | | 171.00 | 947.88 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 1.28 | 946.60 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 946.60 | 0.00 |

| Account   *******0037 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 0 | Deposits | 0.00 | 11 | Checks | 6,537.84 |
| | 0 | Interest Postings | 0.00 | 11 | Adjustments Out | 15.56 |
| | | | | 1 | Transfers Out | 946.60 |
| | | Subtotal | $      0.00 | | Total | $   7,500.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 7,500.00 | | | |
| | | Total | $   7,500.00 | | | |

LFORM2T4

**UST Form 101-7-TDR (10/1/2010)** *(Page: 28)*

Ver: 19.05a

FORM 2                                                                                      Page:   15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                           Exhibit 9

| Case No: | 09-14074  -JPC | Trustee Name: | GINA B. KROL |
| Case Name: | PROTOTECH ENGINEERING, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0037  BofA - Checking Account |
| Taxpayer ID No: | *******2660 | | |
| For Period Ending: | 01/05/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 3 | Deposits | 54,674.12 | 73 | Checks | 52,613.72 | |
| | 36 | Interest Postings | 32.02 | 46 | Adjustments Out | 2,092.42 | |
| | | | | 3 | Transfers Out | 54,758.28 | |
| | | Subtotal | $ 54,706.14 | | | | |
| | | | | | | Total | $ 109,464.42 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 3 | Transfers In | 54,758.28 | | | | |
| | | Total | $ 109,464.42 | | Net Total Balance | $ 0.00 | |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 01/05/16

GINA B. KROL